| | |
|---|---|
| 1 | DANIEL J. BRODERICK, #89424<br>Federal Defender |
| 2 | MELODY M. WALCOTT, Bar #219930<br>Assistant Federal Defender |
| 3 | Designated Counsel for Service<br>2300 Tulare Street, Suite 330 |
| 4 | Fresno, California 93721-2226<br>Telephone: (559) 487-5561 |
| 5 | |
| 6 | Attorney for Defendant<br>LOUIE RAMOS |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 1:08-cr-00402 AWI |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE |
| | ) | STATUS CONFERENCE HEARING; |
| v. | ) | ORDER |
| | ) | |
| LOUIE RAMOS, | ) | |
| | ) | Date: April 27, 2009 |
| Defendant. | ) | Time: 9:00 a.m. |
| | ) | Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for April 6, 2009 **may be continued to April 27, 2009 at 9:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for plea negotiations. AUSA Karen Escobar has no objection.

///
///
///
///
///
///

The continuance for further plea negotiations is in the interest of justice.   Defense requests time be excluded pursuant to 18 U.S.C.  § 3161(h)(8)(A).

                                      LAWRENCE G. BROWN
                                      Acting United States Attorney

DATED: April 2, 2009                    By  /s/ Karen A. Escobar
                                        KAREN A. ESCOBAR
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        DANIEL J. BRODERICK
                                        Federal Defender

DATED: April 2, 2009                    By  /s/ Melody M. Walcott
                                        MELODY M. WALCOTT
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        JOEL GALLEGOS

**ORDER**

**IT IS SO ORDERED**.   Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   April 3, 2009**                        /s/ Anthony W. Ishii
                                   CHIEF UNITED STATES DISTRICT JUDGE