1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  LOUIE RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:08-cr-00402 AWI |
|---|---|
| Plaintiff, | ) STIPULATION TO CONTINUE |
| | ) STATUS CONFERENCE HEARING; |
| v. | ) ORDER |
| LOUIE RAMOS, | ) |
| | ) Date: May 18, 2009 |
| Defendant. | ) Time: 9:00 a.m. |
| | ) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for April 27, 2009 **may be continued to May 18, 2009 at 9:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for further plea negotiations.

///
///
///
///
///
///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        LAWRENCE G. BROWN
        Acting United States Attorney

DATED: April 23, 2009        By  /s/ Karen A. Escobar
        KAREN A. ESCOBAR
        Assistant United States Attorney
        Attorney for Plaintiff

        DANIEL J. BRODERICK
        Federal Defender

DATED: April 23, 2009        By  /s/ Melody M. Walcott
        MELODY M. WALCOTT
        Assistant Federal Defender
        Attorney for Defendant
        LOUIE RAMOS

**ORDER**

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   April 24, 2009**        /s/ **Anthony W. Ishii**
        CHIEF UNITED STATES DISTRICT JUDGE