1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California 93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  LOUIE RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) NO. 1:08-cr-00402 AWI |
|---|---|
| Plaintiff, | ) AMENDED STIPULATION TO CONTINUE<br>) STATUS CONFERENCE HEARING; |
| v. | ) ORDER |
| LOUIE RAMOS, | ) |
| Defendant. | ) Date: June 1, 2009<br>) Time: 9:00 a.m.<br>) Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for April 27, 2009 **may be continued to June 1, 2009 at 9:00 a.m.**

This continuance is requested by counsel for defendant to allow additional time for further plea negotiations.

///
///
///
///
///
///

1   The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161, (h)(8)(A) and (B) in
2   that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3   in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4   reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

LAWRENCE G. BROWN
Acting United States Attorney

DATED: April 23, 2009     By  /s/ Karen A. Escobar
                              KAREN A. ESCOBAR
                              Assistant United States Attorney
                              Attorney for Plaintiff


DANIEL J. BRODERICK
Federal Defender

DATED: April 23, 2009     By  /s/ Melody M. Walcott
                              MELODY M. WALCOTT
                              Assistant Federal Defender
                              Attorney for Defendant
                              LOUIE RAMOS

## ORDER

**IT IS SO ORDERED**. Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A).

IT IS SO ORDERED.

**Dated:   April 24, 2009**          **/s/ Anthony W. Ishii**
                                     CHIEF UNITED STATES DISTRICT JUDGE