DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LOUIE RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,  Plaintiff,  v.  LOUIE RAMOS,  Defendant. | NO. 1:08-cr-00402 AWI  ORDER FOR TRANSPORT TO VIEWING |

Upon consideration of defendant Louie Ramos' motion for transport to viewing/funeral of his stepson, Eipfanio Ramirez

**IT IS HEREBY ORDERED** that the motion for transport to viewing is **GRANTED** subject to the U.S. Marshal's availability and security considerations. Defendant Louie Ramos is hereby released to the custody of the U.S. Marshal, at his own expense, for transportation to and from the viewing of Epifanio Ramirez at United Pentecostal Church, 704 I Street, Modesto, California on August 6, 2009. Defendant is ordered to abide by all rules and regulations issued by the U.S. Marshal during the viewing. Defendant will pay for all expenses of the U.S. Marshal for the viewing.

IT IS SO ORDERED.

Dated:   August 4, 2009                    /s/ Anthony W. Ishii
                                           CHIEF UNITED STATES DISTRICT JUDGE