DANIEL J. BRODERICK, #89424
Federal Defender
MELODY M. WALCOTT, Bar #219930
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
LOUIE RAMOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> LOUIE RAMOS, <br><br> Defendant. | NO. 1:08-cr-00402 AWI <br><br> STIPULATION TO CONTINUE STATUS CONFERENCE HEARING; ORDER <br><br> Date: October 13, 2009 <br> Time: 9:00 a.m. <br> Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto and through their respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for September 28, 2009, **may be continued to October 13, 2009 at 9:00 a.m.**

The request is made because the parties are in active negotiations and need additional time to complete negotiation of a plea agreement prior to the hearing, and to allow counsel for Defendant additional time for case preparation prior to hearing. The requested continuance will conserve time and resources for all parties and the court

///

///

///

///

The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in that the ends of justice served by the continuance outweigh the best interest of the public and the defendant in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

                                                          LAWRENCE G. BROWN
                                                          United States Attorney

DATED: September 17, 2009                  By  /s/ Karen A. Escobar
                                                          KAREN A. ESCOBAR
                                                          Assistant United States Attorney
                                                          Attorney for Plaintiff

                                                          DANIEL J. BRODERICK
                                                          Federal Defender

DATED: September 17, 2009                  By  /s/ Melody M. Walcott
                                                          MELODY M. WALCOTT
                                                          Assistant Federal Defender
                                                          Attorney for Defendant
                                                          LOUIE RAMOS

## ORDER

**IT IS SO ORDERED.** Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).

IT IS SO ORDERED.

**Dated:   September 17, 2009**            /s/ Anthony W. Ishii
                                                 CHIEF UNITED STATES DISTRICT JUDGE