1  DANIEL J. BRODERICK, #89424
   Federal Defender
2  MELODY M. WALCOTT, Bar #219930
   Assistant Federal Defender
3  Designated Counsel for Service
   2300 Tulare Street, Suite 330
4  Fresno, California  93721-2226
   Telephone: (559) 487-5561
5
   Attorney for Defendant
6  LOUIE RAMOS

7

8                IN THE UNITED STATES DISTRICT COURT

9                FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,         )  NO. 1:08-cr-00402 AWI
                                     )
12           *Plaintiff,*             )  STIPULATION TO CONTINUE STATUS
                                     )  CONFERENCE HEARING;
13      v.                            )  ORDER
                                     )
14 LOUIE RAMOS,                       )  Date:  October 26, 2009
                                     )  Time:  9:00 a.m.
15           *Defendant.*             )  Judge: Hon. Anthony W. Ishii
                                     )
16 _____    )

17

18      **IT IS HEREBY STIPULATED** by and between the parties hereto and through their

19 respective attorneys, that the status conference hearing in the above-captioned matter now scheduled for

20 October 13, 2009, **may be continued to October 26, 2009 at 9:00 a.m.**

21      The request is made because the parties are in active negotiations and need additional time to

22 complete negotiation of a plea agreement prior to the hearing, and to allow counsel for Defendant

23 additional time for case preparation prior to hearing.  The requested continuance will conserve time and

24 resources for all parties and the court

25 ///

26 ///

27 ///

28 ///

1  The parties agree that time shall be excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B) in
2  that the ends of justice served by the continuance outweigh the best interest of the public and the defendant
3  in a speedy trial, since the failure to grant such a continuance would deny counsel for the defendant the
4  reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

          LAWRENCE G. BROWN
          United States Attorney

DATED: October 8, 2009          By     /s/ Karen A. Escobar
          KAREN A. ESCOBAR
          Assistant United States Attorney
          Attorney for Plaintiff


          DANIEL J. BRODERICK
          Federal Defender


DATED: October 8, 2009          By     /s/ Melody M. Walcott
          MELODY M. WALCOTT
          Assistant Federal Defender
          Attorney for Defendant
          LOUIE RAMOS


**ORDER**

**IT IS SO ORDERED**.  Time is hereby excluded pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (B).


IT IS SO ORDERED.

**Dated:    October 9, 2009**          /s/ **Anthony W. Ishii**
          CHIEF UNITED STATES DISTRICT JUDGE