1  Robert D. Wilkinson          #100478
   BAKER MANOCK & JENSEN, PC
2  5260 North Palm Avenue, Fourth Floor
   Fresno, California 93704
3  Telephone: 559.432.5400
   Facsimile: 559.432.5620
4
   Attorneys for   Defendant Louie Ramos
5

6

7                  SUPERIOR COURT OF THE STATE OF CALIFORNIA

8                                COUNTY OF FRESNO

9

| | |
|---|---|
| 10  United States of America, | CASE No. 1:08-cr-00402 AWI |
| 11           Plaintiff, | STIPULATION REGARDING CONTINUANCE OF SENTENCING HEARING AND  ORDER |
| 12       v. | |
| 13  Louie Ramos, | Date:  November 13, 2012 |
| 14           Defendant. | Time:  10:00 a.m.  Courtroom 2  Judge:  Hon. Anthony W. Ishii |

15

16          WHEREAS the sentencing of Defendant Louie Ramos for violations of Supervised

17  Release is currently scheduled for Tuesday, November 13, 2012; and

18          WHEREAS he and his attorney need additional time to prepare for the hearing;

19          The parties hereto, through authorized counsel, HEREBY STIPULATE that the

20  sentencing hearing currently scheduled for Tuesday, November 13, 2012, at 10:00 a.m., may be

21  continued to Monday, December 10, 2012 at 10:00 a.m., or anytime thereafter at the convenience

22  of the Court.

23                                                  BENJAMIN B. WAGNER
            November 7, 2012                        United States Attorney
24

25                                                  By: /s/ Karen A. Escobar
                                                    KAREN A. ESCOBAR
26                                                  Assistant U.S. Attorney
                                                    Attorneys for Plaintiff
27                                                  United States of America

28

1206127v1 / 10924.0045

November 7, 2012                    Baker Manock & Jensen P.C.


By: /s/ Robert D. Wilkinson
ROBERT D. WILKINSON
Attorneys for Defendant Louie Ramos


**[PROPOSED] ORDER**

Good cause having been shown therefore, IT IS HEREBY ORDERED that the sentencing hearing for violation of Supervised Release set for Tuesday, November 13, 2012, at 10:00 a.m., in Courtroom 2, shall be continued to Monday, December 10, 2012 at 10:00 a.m., in Courtroom 2.


IT IS SO ORDERED.

Dated:   November 8, 2012                    _____
                                             UNITED STATES DISTRICT JUDGE

1206127v1 / 10924.0045                       2